IN THE UNITED STATES DISTRICT COURT'
FOR THE EASTERN DISTRICT OF OKLAHOMA

NATHAN ROBERT FRANK KASPER,

          **Plaintiff,**

v.                                                                                    Case No. 23-CV-394-JFH-JAR

DEVRA ATWOOD, et al.,

          **Defendants.**

### OPINION AND ORDER

Plaintiff Nathan Robert Frank Kasper ("Kasper") has filed a motion requesting the Court to appoint counsel. Dkt. No. 3. He bears the burden of convincing the Court that his claim has sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Kasper's claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Kasper's ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

IT IS THEREFORE ORDERED that Kasper's motion for appointment of counsel [Dkt. No. 3] is DENIED.

Dated this 17th day of January 2024.

                                                            JOHN F. HEIL, III
                                                            UNITED STATES DISTRICT JUDGE